**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

LISA M. PARIS,                          : No. 249 WAL 2019
                                        :
          Respondent             :
                                        : Petition for Allowance of Appeal
                                        : from the Order of the Superior Court
          v.                    :
                                        :
                                        :
ERIC A. PARIS,                          :
                                        :
          Petitioner             :

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of December, 2019, the Petition for Allowance of Appeal is **DENIED**.